IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02862-BNB

MAMADOU FOFANA C., a/k/a MAMADOU FOFANA CISSE,

      Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S,
OFFICE DETENTION FACILITY,
DEPUTY CLARKSON,
JEFFERSON COUNTY CHAPLAIN,
DEPUTY FRANZ,
DEPUTY JORDAN, and
[SEVERAL DEPUTY],

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

      Plaintiff, Mamadou Fofana C., is a prisoner in the custody of the Bureau of Prisons and is currently incarcerated at the Federal Correctional Institution in Englewood, Colorado. He initiated this action by filing a Prisoner Complaint with the Court on December 2, 2009.

      In an order filed on December 8, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Mamadou to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Mamadou to file a complete complaint on the court-approved form, and either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Mamadou was warned that the action

would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Mamadou has not communicated with the Court since December 2, 2009. Accordingly, he has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies.  Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 20 day of January, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02862-BNB

Mamadou Fofana C.
a/k/a Mamadou Fofana Cisse
Reg No. 34567-013
FCI - Englewood
9595 West Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  1/21/10

GREGORY C. LANGHAM, CLERK

By: _____
                   Deputy Clerk